# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CR-165-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KORI MONSANTO, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Amend Order To Correct Clerical Error" (Document No. 18) filed September 30, 2020. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Amend Order To Correct Clerical Error" (Document No. 18) is **GRANTED**, and the Consent Order and Judgment of Forfeiture (Document No. 17) is amended to state:

> **One Glock, Model 26, 9mm semi-automatic pistol, serial number MKE133, a magazine and ammunition, seized on or about March 25, 2020 during the investigation.**

**SO ORDERED**.

Signed: October 1, 2020

David C. Keesler
United States Magistrate Judge